**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Casandra Lee Floyd; KAF., a minor by his mother and legal guardian Casandra Floyd; KEF, a minor by his mother and legal guardian Casandra Floyd; KOF, a minor by his mother and legal guardian Casandra Floyd; ROF, a minor by his mother and legal guardian Casandra Floyd.<br><br>Plaintiffs,<br><br>v.<br><br>Mark Beaupre, individually and in his official capacity; Jane Doe, individually and in her official capacity; John Doe No.: 1, individually and in his official capacity; John Doe No.: 2, individually and in his official capacity; John Doe No.: 3 individually and in his official capacity; John Doe 4, individually and in his official capacity; Chief Robert Olson, individually and in his official capacity and the City of Minneapolis.<br><br>Defendants. | **Civil No.: 01-CV-1041 MJD/SRN**<br><br>**STIPULATION OF THE PARTIES TO AMEND COMPLAINT TO ADD PARTIES**<br>AND ORDER |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the respective parties hereto through their respective counsel that Plaintiffs may amend the complaint consistent with Plaintiff's proposed amended complaint.

Dated: 2/15/02

**KENNETH UBONG UDOIBOK, P.A.**

Kenneth U. Udoibok # 0262523
The Strommen Building
2469 University Avenue
St. Paul, Minnesota 55114
(651) 641-0220

**ATTORNEY FOR THE PLAINTIFF**

FEB 28 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2-25-02

**OFFICE OF THE CITY ATTORNEY**

James A. Moore #16883X
Assistant City Attorney
City of Minneapolis
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453

**ATTORNEY FOR DEFENDANTS**

**IT IS ORDERED:**

1. Plaintiff may amend her Complaint to add Anthony Caspers, Todd Babekuhl, Robert Berry, Craig Taylor, Scott Creighton, Peter Rud, and Michael Jezierski as defendants, and to amend the case caption to reflect that Kapuss Jaray Floyd has reached adulthood.

2. Plaintiffs must file their Amended Complaint and serve upon the Defendants' attorney, Jim Moore within 10 days of this order.

Dated: February 27, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge