**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Casandra Lee Floyd; KAF., a minor by his mother and legal guardian Casandra Floyd; KEF, a minor by his mother and legal guardian Casandra Floyd; KOF, a minor by his mother and legal guardian Casandra Floyd; ROF, a minor by his mother and legal guardian Casandra Floyd.<br><br>Plaintiffs,<br><br>v.<br><br>Mark Beaupre, individually and in his official capacity; Anthony Caspers, individually and in his official capacity; Todd Babekuhl, individually and in his official capacity; Robert Berry, individually and in his official capacity; Craig Taylor, individually and in his official capacity; Scott Creighton individually and in his official capacity; Peter Rud individually and in his official capacity; Michael Jezierski, individually and in his official capacity; Chief Robert Olson, individually and in his official capacity; and the City of Minneapolis.<br><br>Defendants. | **Civil No.: 01-CV-1041 MJR/SRN**<br><br>**STIPULATION AND MODIFIED SCHEDULING ORDER** |

**TO: DEFENDANT OFFICERS AND THEIR ATTORNEY James A. Moore, Office of the City Attorney, City of Minneapolis, 333 South 7th Street, Suite 300, Minneapolis, MN 55402-2453.**

WHEREAS, Plaintiffs have requested Defendants for an enlargement of time for the deadline for the filing of the 26(a)(2)(B) expert report for a period of 21 days, pursuant to Fed. R. Civ. P. 6(b) on the grounds that the Defendants recently produced a witness, whose deposition testimony is expected to modify the Plaintiffs' expert's opinion.

MAY 30 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the City Defendants are willing to agree to the enlargement of time provided that they are allowed the same 21 day extension of the Rule 26(a)(2)(B) deadline.

WHEREAS, the enlargement of time for the Rule 26(a)(2)(B) expert report deadline will not effect the Courts calendar in any way.

**STIPULATION**

Now, therefore, it is hereby stipulated to and agreed by the undersigned parties to the above-entitled action, acting through their attorneys, that:

1. The Plaintiffs serve upon Defendants their expert report pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure on June 24, 2002.

2. The Defendants serve upon Plaintiffs their expert report pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure on July 22, 2002.

Dated: 5/29/02

Jay M. Heffern
City Attorney
By

James A. Moore
James A. Moore 16883X
Assistant City Attorney
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 673-2063

Dated: 5/29/02

Kenneth Ubong Udoibok
Attorney at Law
By

Kenneth U. Udoibok
Attorney Reg. No. 0262523
Strommen Building
2469 University Avenue
St. Paul, MN 55114
(651) 641-0220

**ORDER**

IT IS HEREBY ORDERED, that Plaintiffs and Defendants shall each be granted a 21 day extension on the deadline for filing expert reports pursuant to the Court's Pretrial Scheduling Order dated August 21, 2001. Pursuant to this Order modifying the Pretrial Scheduling Order, the Plaintiffs' 26(a)(2)(B) expert report shall be served by June 24, 2002 and the Defendants' expert report shall be served by July 22, 2002.

Dated: May 30, 2002

Susan Richard Nelson
SUSAN R. NELSON
United States Magistrate Judge

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**
**District of Minnesota**

**Judge Robert J. Kressel**

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

**The Minnesota Chapter of the Federal Bar Association**
c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minneapolis, MN
Permit No. 2657

**MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION**

**In connection with**
**The Federal Judiciary**

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

## Morning Session:

| | |
|---|---|
| **7:30-8:00** | **Registration** |
| **8:00-8:15** | **Opening Remarks and Welcome,** ***Judge Ann D. Montgomery*** |
| **8:15-9:00** | **Securities Law Issues in the Wake of Enron,** ***Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)*** |
| **9:00-9:45** | **Current Issues in Employment Law,** ***Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)*** |
| **9:45-10:00** | **Morning Break** |
| **10:00-10:45** | **Current Initiatives in the U.S. Attorneys' Office,** ***Tom Heffelfinger (U.S. Attorneys Office)*** |
| **10:45-11:45** | **Discovery Disputes: Professionalism in the Practice of Law?,** ***Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,*** |
| **11:45-12:45** | **Lunch (Room 211)** |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| **12:45-1:30** | **The Clerk's Office Can Be Your New Best Friend,** ***Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon*** |
| **1:30-2:15** | **How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How,** ***Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)*** |
| **2:15-3:15** | **Issues in the Wake of 9/11: Racial Profiling --** ***Daniel M. Scott (U.S. Federal Public Defenders' Office)*****; Response by the Department of Justice --** ***Tony Brown (U.S. Attorneys Office)*** |
| **3:15:3:30** | **Afternoon Break** |
| **3:30-4:15** | **Update on Technology Tools for Litigating in Federal Court,** ***Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)*** |
| **4:15-5:15** | **Ethics in "Real Life" Practice Situations,** ***Martin A. Cole (Lawyers Professional Responsibility Office)*** |

## *Seminar Registration*

☐ Member $195.00

☐ Non-Member $225.00

Name ______________________

Firm/Employer ______________________

Address ______________________

______________________

Phone ______________________

E-Mail ______________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building