**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Casandra Lee Floyd; KAF., Kapuss A. Floyd; KEF, a minor by his mother and legal guardian Casandra Floyd; KOF, a minor by his mother and legal guardian Casandra Floyd; ROF, a minor by his mother and legal guardian Casandra Floyd,**

**Plaintiffs,**

**vs.**

**Mark Beaupre, individually and in his official capacity; Anthony Caspers, individually and in her official capacity; Todd Babekuhl, individually and in his official capacity; Robert Berry, individually and in his official capacity; Craig Taylor, individually and in his official capacity; Scott Creighton, individually and in his official capacity; Peter Rud individually and in his official capacity; Michael Jezierski, individually and in his official capacity; Chief Robert Olson, individually and in his official capacity and the City of Minneapolis,**

**Defendants.**

**Case File No.: 01-CV-1041 MJD/SRN**

**STIPULATION FOR DISMISSAL AND ORDER FOR DISMISSAL**

---

The parties, by and through their undersigned attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's Complaint with prejudice and without costs to either party.

FILED JUL 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Floyd, et al. v. Beaupre, et al., Civil No.: 01-1041 (MJD/SRN)

Dated: 7/2/03

KENNETH U. UDOIBOK
By
Kenneth U. Udoibok (0262523)
Strommen Building
2469 University Avenue West
St. Paul, MN 55114
(651) 641-0220

Attorneys for Plaintiffs

Dated: 6/23/03

JAY M. HEFFERN
Minneapolis City Attorney
By
JAMES A. MOORE
Attorney Reg. No. 16883X
Assistant City Attorney
333 South 7th Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2063

Attorneys for Defendants

**ORDER**

The above-captioned matter having come on before the Court on the foregoing Stipulation, and the Court having considered the parties' Settlement Agreement pursuant to Minn. Stat. § 466.08, the Court hereby approves the settlement of the case and Orders the case dismissed with prejudice and without costs to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: 7-10-03

Michael j. Davis
Judge of District Court