AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Casandra Lee Floyd et al.

V.

Mark Beaupre, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1041 MJD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
The Court hereby approves the settlement of the case and Orders the case dismissed with prejudice and without costs to either party.

July 10, 2003
Date

RICHARD D. SLETTEN, CLERK

Marcy Bruckelmyer
(By) Marcy Bruckelmyer, Deputy Clerk

Modified:03/10/03