**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Casandra Lee Floyd; Kapus Jaray Floyd; KPF, a minor by his mother and leagal guardian Casandra Floyd; KTF, a minor by his mother and legal guardian Casandra Floyd; ROF, a minor by her mother and legal guardian Casandra Floyd;**

**Plaintiffs,**

**v.**

**Mark Beaupre, individuallyand in his official capacity; Anthony Caspers, individually and in his official capacity; Todd Babekuhl, individually and in his official capacity; Robert Berry, individually and in his official capacity; Craig Taylor, individually and in his official capacity; Scott Creighton, individually and in his official capacity; Peter Rud, individually and in his official capacity; Michael Jezierski, individually and in his official capacity; Chief Robert Olson, individually and in his official capacity; and the City of Minneapolis;**

**Defendants.**

**Civil 01-1041 MJD/SRN**

**O R D E R**

---

The above-captioned matter having come before the Court, and the Court, having considered the motion for approval of the settlement distribution to the minor children [Doc. 19], orders the following:

1. Casandra Floyd shall be issued a check in the amount of $4,000.00 from Kenneth Udoibok Law Office Trust Account.

2. Kapus Floyd shall be issued a check in the amount of $3,000.00 from Kenneth Udoibok Law Office Trust Account.

FILED JUL 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Kerry Floyd shall be issued a check in the amount of $1,957.13.

4. Kortez Floyd shall be issued a check in the amount of $1,957.13 from Kenneth Udoibok Law Office Trust Account. The check shall be deposited in a federally protected saving account and will be available to Kortez Floyd at the age of maturity.

5. Rosetta Floyd shall be issued a check in the amount of $1,957.13 Kenneth Udoibok Law Office Trust Account. The check shall be deposited in a federally protected saving account and will be available to Rosetta Floyd at the age of maturity.

6. The remainder of the settlement funds, $17,128.62, is allotted to Kenneth Udoibik Law Office. The amount represents reasonable attorney's fees and out-of-pocket expenses.

DATED: July 24, 2003

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Court